**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **TAVERN L. DOWNING, Sr.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-313 (MTT)** |
| | ) | |
| **ENISHA BRYANT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Plaintiff, Tavern L. Downing, Sr., proceeding pro se, filed his complaint on July 27, 2026. ECF 1. Plaintiff then had ninety days to serve the defendants, no later than October 25, 2026. *See* Fed. R. Civ. P. 4(m). The deadline has passed, and Plaintiff has not entered proof that he has served Enisha Bryant, Joyce Bryant, Samantha Worthy, or Shanika Jones. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE by November 10, 2026**, why his claims against the unserved defendants should not be dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m).

In addition, Plaintiff filed a response to Defendant Wendy Reid's motion to dismiss three times. ECF 16; 21; 22. The filings appear identical, but the last filing is docketed as a "motion for leave to file." *Id*. The motion (ECF 22) is **DENIED as moot**. As the Court explained in a Griffith notice informing Plaintiff of the motion to dismiss, Plaintiff may respond to the motion by filing a brief in opposition to the motion. ECF 15 at 1. Plaintiff need not separately move for leave to respond.

The responses also fail to comply with the Court's Amended AI Disclosure order. ECF 5; 16; 21; 22. On August 5, 2026, the Court ordered that "Plaintiff shall include a

signed statement certifying that Plaintiff has verified the accuracy of all facts and all legal authorities cited" in all pleadings. ECF 5 at 2. Plaintiff responded to the Court's order by stating that "Plaintiff understands that the Court's August 5, 2026 Order requires this certification to accompany all future pleadings filed by Plaintiff in this action" and that "Plaintiff will comply with that requirement going forward." ECF 6 at 2. Thus, Plaintiff is also **ORDERED TO SHOW CAUSE by November 10, 2026,** why his claims against Defendant Reid should not be dismissed for failure to comply with the Court's orders and instructions when responding to Reid's motion to dismiss.

**SO ORDERED**, this 27th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT