**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **TAVERN L. DOWNING, Sr.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-313 (MTT)** |
| **ENISHA BRYANT, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

On October 27, 2026, the Court ordered Plaintiff Tavern L. Downing, Sr. to show cause why his claims against Enisha Bryant, Joyce Bryant, Samantha Worthy, and Shanika Jones should not be dismissed for failure to enter proof of service as required by Federal Rule of Civil Procedure 4(m). ECF 26 at 1. The Court also ordered Plaintiff to show cause why his claims against Defendant Wendy Reid should not be dismissed for failure to comply with the Court's amended AI disclosure order when responding to Reid's motion to dismiss. *Id.* at 1–2; ECF 5; 16; 21; 22.

Plaintiff failed to respond to the Court's order to show cause. The failure to comply with the Court's orders and instructions is grounds for dismissal, as is the failure to prosecute. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).[1] Accordingly,

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

Plaintiff's claims against Defendants Enisha Bryant, Joyce Bryant, Samantha Worthy, and Shanika Jones are **DISMISSED without prejudice** for failure to prosecute. Plaintiff's claims against Defendant Wendy Reid are **DISMISSED without prejudice** for failure to comply with the Court's orders and instructions when responding to Reid's motion to dismiss.[2]

**SO ORDERED**, this 17th day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

[2] Reid's motion to dismiss (ECF 13) and motion to stay discovery (ECF 14) are **DENIED as moot**. Defendants Enisha Bryant, Joyce Bryant, Samantha Worthy, Shanika Jones, and Wendy Reid shall be terminated from the docket.